Charles C. CARLSON, Appellant, v. FEDERAL COMMUNICATIONS COMMISSION, Appellee, and Louise C. CARLSON, Intervenor.

No. 9987.

United States Court of Appeals District of Columbia Circuit.

Argued Feb. 11, 1949.

Decided Feb. 14, 1949.

Mr. Philip M. Baker, of Washington, D. C., with whom Mr. Charles E. Thompson, of Washington, D. C., was on the brief, for appellant.

Mr. Richard A. Solomon, Counsel, Federal Communications Commission, of Washington, D. C., with whom Messrs. Benedict P. Cottone, General Counsel, and Max Goldman, Acting Assistant General Counsel, of the Federal Communications Commission, both of Washington, D. C., were on the brief, for appellee. Mr. Dee W. Pincock, Attorney, Federal Communications Commission, of Washington, D. C., also entered an appearance for appellee.

Mr. Vincent B. Welch, of Washington, D. C., with whom Mr. Robert L. Heald, of Washington, D. C., was on the brief, for intervenor Louise C. Carlson.

Before EDGERTON, PRETTYMAN, and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The decision of the Federal Communications Commission is therefore affirmed